## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 569 | **DATE** | July 29, 2008 |
| **CASE TITLE** | US -v- Brian C. Rogers | | |

**DOCKET ENTRY TEXT:**

Arraignment held on 7/29/2008. Gerald J. Collins is given leave to file his appearance as counsel for defendant. Defendant files waiver of indictment. Defendant enters plea of guilty to Counts 1, 2 and 3. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Order cause referred to the Probation Office for a presentence investigation report. Attorneys for the parties are to submit their respective versions of the offense conduct no later than 8/12/2008. Sentencing is set for 10/9/2008 at 9:45 a.m.

Docketing to mail notices.

0:55

| | Courtroom Deputy Initials: | SCT |
|---|---|---|