MHN

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

BRIAN C. ROGERS

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 0569

FILED
7-29-2008
JUL 29 2008
Judge Charles P. Kocoras
United States District Court

I, Brian C. Rogers the above named defendant, who is accused of

Title 18, United States Code, Section 1344

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 29, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Charles P. Kocoras_
Judicial Officer